34696. WESTBERRY et al. v. SHUPTRINE et al.

Jordan, Justice.

This quo warranto proceeding raises the question of whether the charter of the City of Odum provides for four councilmen or five councilmen.

The trial court interpreted the charter (Ga. L. 1953, p. 3044) to provide for a council of five members.

We find no error and affirm.

*Judgment affirmed. All the Justices concur.*

---

[1]This Act is entitled "Practice and Procedure, etc., in Certain Courts Below Superior Court Level."

SUBMITTED MARCH 14, 1979 — DECIDED APRIL 6, 1979.

*Gibbs, Leaphart & Smith, Alvin Leaphart,* for appellants.

*Thomas & Howard, W. Glover Housman, Jr.,* for appellees.